## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Bob Qualey vs. U.S. Metals, Inc.

Case Number:

```
FILED: MAY 7, 2008
08CV2636    J. N.
JUDGE GETTLEMAN
MAG. JUDGE MASON
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| Field | Value |
|---|---|
| NAME (Type or print) | Ted Bond, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Ted Bond, Jr. |
| FIRM | Thaddeus M. Bond, Jr. & Assoc, PC |
| STREET ADDRESS | 200 N. King Ave., Suite 203 |
| CITY/STATE/ZIP | Waukegan, IL 60085 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06205614 |
| TELEPHONE NUMBER | (847) 599-9101 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐