UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOB QUALEY,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. METALS, INC.,<br><br>      Defendant. | Case No.: 08 CV 2636<br><br>Honorable Robert W. Gettleman |

## NOTICE OF MOTION

To:   Ted Bond Jr., Esq.
       Law Offices of Thaddeus M. Bond Jr. & Associates, P.C.
       200 North King Avenue, Suite 203
       Waukegan, Illinois 60085

PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:15 a.m., or as soon thereafter as we may be heard, we shall appear before Judge Robert W. Gettleman or any judge sitting in his stead in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant's Motion To Dismiss The Complaint and Memorandum In Support**, a copy of which is attached hereto and herewith served upon you.

Dated: August 12, 2008

                                            Respectfully submitted,

                                            U.S. METALS, INC.
                                     By:     s/ Randall D. Lehner
                                            Randall D. Lehner (6237535)
                                            Kendric M. Cobb (6282673)
                                            REED SMITH LLP
                                            10 South Wacker Drive
                                            Chicago, IL 60606-7507
                                            Telephone:  (312) 207-1000
                                            Facsimile:   (312) 207-6400