UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOB QUALEY,

    Plaintiff,

v.

U.S. METALS, INC.,

    Defendant.

Case No.: 08 CV 2636

Honorable Robert W. Gettleman

### DEFENDANT'S NOTICE OF AFFILIATES DISCLOSURE STATEMENT

Defendant U.S. Metals, Inc. submits this disclosure statement providing notification to the Court of its affiliates pursuant to Local Rule 3.2.

U.S. Metals states that it has no publicly held affiliates.

Date: August 12, 2008

Respectfully submitted,

U.S. METALS, INC.

By: _____s/ Randall D. Lehner_____
Randall D. Lehner (6237535)
Kendric M. Cobb (6282673)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the preceding **Defendant's Notice of Affiliates Disclosure Statement** to be served electronically via the United States District Court for the Northern District of Illinois' CM/ECF system on this 12th day of August 2008 upon the following counsel of record:

Ted Bond Jr., Esq.

Law Offices of Thaddeus M. Bond Jr. & Associates, P.C.

200 North King Avenue, Suite 203

Waukegan, Illinois  60085

                                                                                 s/ Kendric M. Cobb