UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BOB QUALEY**, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) <br> ) **Case No.: 08 CV 2636** |
| v. | ) <br> ) **Honorable Robert W. Gettleman** |
| **U.S. METALS, INC.**, | ) <br> ) |
| Defendant. | ) <br> ) |

### NOTICE OF SUBSTITUTION OF
### ATTORNEY ON BEHALF OF U.S. METALS, INC.

Notice is hereby made, pursuant to Local Rule 83.17, that Kendric M. Cobb, counsel of record in the above-captioned proceeding for U.S. Metals, Inc. ("U.S. Metals"), will no longer be representing U.S. Metals in this proceeding. Ann E. Pille, of Reed Smith LLP, is hereby substituted for Kendric M. Cobb as counsel of record for U.S. Metals. No party will be prejudiced by the withdrawal of Kendric M. Cobb from this proceeding, as U.S Metals has been, and continues to be, represented by one or more attorneys of Reed Smith LLP.


Dated: September 8, 2008               U.S. METALS, INC.

                                        By:      /s/ Ann E. Pille
                                           Randall D. Lehner (6237535)
                                           Ann E. Pille (6283759)
                                           REED SMITH LLP
                                           10 South Wacker Drive, Suite 4000
                                           Chicago, IL  60606-7507
                                           Telephone:   (312) 207-1000
                                           Facsimile:    (312) 207-6400
                                           *Counsel for Defendant*

CERTIFICATE OF SERVICE

      I, Ann E. Pille, hereby certify that on September 8, 2008, I caused a copy of the Notice of Substitution of Attorney on Behalf of U.S. Metals, inc. (the "<u>Notice of Substitution</u>") to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on September 8, 2008, I caused a copy of the Notice of Substitution to be served on the following individual, via regular mail:

    Ted Bond Jr., Esq.
    Law Offices of Thaddeus M. Bond Jr. & Associates, P.C.
    200 North King Avenue, Suite 203
    Waukegan, Illinois  60085



                                                   /s/ Ann E. Pille
                                                    Ann E. Pille